1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JAMES HODNETT,
11          Plaintiff,                    No. CIV S-07-0758 DFL GGH P
12      vs.
13  ARNOLD SCHWARZENEGGER, et al.,
14          Defendants.                   <u>ORDER</u>
15  _____/
16          On April 20, 2007, plaintiff filed a complaint and a request for emergency
17  injunctive relief.  Plaintiff, who is presently incarcerated at High Desert State Prison (HDSP),
18  alleges that he suffers from major depression, post traumatic stress disorder and schizophrenia.
19  Plaintiff alleges that on January 13, 2007, he attempted suicide by hanging, and that he continues
20  to experience suicidal thoughts.  Plaintiff claims that prison officials have refused to provide him
21  with adequate mental health treatment.
22          The Clerk of the Court is directed to serve this order on Supervising Deputy
23  Attorney General Steve Acquisto so that HDSP officials may consider plaintiff's allegations.
24  /////
25  /////
26  /////

1  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2  serve this order on Supervising Deputy Attorney General Steve Acquisto, 1300 I Street,
3  Sacramento, California, 94244-2550.
4  DATED: 4/30/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

hod758.ord