IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES HODNETT,

      Plaintiff,                    No. CIV S-07-0758 RRB GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.          <u>ORDER</u>

_____/

        On May 16, 2007, the court dismissed plaintiff's in forma pauperis application with thirty days to file a new application. Thirty days passed and plaintiff did not respond to this order. Because plaintiff has filed several pleadings with the court since that time, the court will grant him another opportunity to file an in forma pauperis application.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff an in forma pauperis application for a non-prisoner (plaintiff has been released on parole);

/////

/////

/////

/////

1

| | |
|---|---|
| 1 | 2.  Plaintiff is granted twenty days from the date of this order to submit his |

completed in forma pauperis application; failure to comply with this order will result in a recommendation of dismissal of this action.

DATED: 7/10/07            /s/ Gregory G. Hollows
                                               _____
                                               UNITED STATES MAGISTRATE JUDGE

hod758.osc