IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES HODNETT,

      Plaintiff,                    No. CIV S-07-0758 RRB GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.          ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint. pursuant to the court's order of January 14, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 15, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 02/25/08

                                    /s/ Gregory G. Hollows
                                    _____
                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:bb
hodn0758.36