1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JAMES HODNETT,

11            Plaintiff,                    No. CIV S-07-0758 JAM GGH P

12       vs.

13  ARNOLD SCHWARZENEGGER, et al.,

14            Defendants.

15  _____/              ORDER

16            Plaintiff is a former state prisoner proceeding pro se with a civil rights action

17  pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's amended complaint filed

18  March 27, 2008.

19            The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

20  § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

21  reasonable opportunity to prevail on the merits of this action.

22            In accordance with the above, IT IS HEREBY ORDERED that:

23            1.  Service is appropriate for the following defendants: Scharzenegger, Poulos,

24  Felker, Mirza, Jenesky and Mason.

25            2.  The Clerk of the Court shall send plaintiff 6 USM-285 forms, one summons,

26  an instruction sheet and a copy of the amended complaint filed March 27, 2008.

1

1      3.  Within thirty days from the date of this order, plaintiff shall complete the

2    attached Notice of Submission of Documents and submit the following documents to the court:

3              a.  The completed Notice of Submission of Documents;

4              b.  One completed summons;

5              c.  One completed USM-285 form for each defendant listed in number 3

6              above; and

7              d.  Seven copies of the endorsed amended complaint filed March 27, 2008.

8          4.  Plaintiff need not attempt service on defendants and need not request waiver of

9    service.  Upon receipt of the above-described documents, the court will direct the United States

10   Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

11   without payment of costs.

12   DATED:  05/13/08

                                          /s/ Gregory G. Hollows

13   _____

14                                         UNITED STATES MAGISTRATE JUDGE

15   hod758.1

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES HODNETT,

11          Plaintiff,                          No. CIV S-07-0758 JAM GGH P

12      vs.

13   ARNOLD SCHWARZENEGGER, et al.,             NOTICE OF SUBMISSION

14          Defendants.                         OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          _____       completed summons form

19          _____       completed USM-285 forms

20          _____       copies of the _____
                                      Complaint/Amended Complaint

21   DATED:

22

23                                     _____
                                       Plaintiff
24

25

26