IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES HODNETT,

    Plaintiff,                                        No. CIV S-07-0758-JAM-GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                                  <u>ORDER</u>

/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On July 21, 2008, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Felker was returned unserved because "per CDC locator, no Felker in database." Process directed to defendant Mason was returned unserved because "per CDC locator, several in database." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the amended complaint filed March 27, 2008;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Three copies of the endorsed complaint filed March 27, 2008; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: 09/10/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:cm
hodn0758.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | No. CIV |
| vs. |  |
|  | NOTICE OF SUBMISSION |
| Defendants. | OF DOCUMENTS |
| _____ / |  |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the _____
                       Complaint/Amended Complaint

DATED:

                                                                _____
                                                                 Plaintiff