IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES HODNETT,** | Case No. 2:07-cv-0758 DFL GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On October 14, 2008, Defendants filed a request for extension of time to complete the Court order regarding consent or request for reassignment. For good cause shown, Defendants are granted an extension of time, to November 21, 2008, to complete the order regarding consent to a magistrate.

Dated: 10/20/08                               /s/ Gregory G. Hollows
                                                             _____
                                                             United States Magistrate Judge

hodn0758.eotcon

*[Proposed] Order*
1