# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HODNETT, | 2:07-cv-0758-LDG |
|     Plaintiff, | |
| v. | **ORDER** |
| SCHWARZENEGGER, et al., | |
|     Defendants. | |

The court notes that there has been no activity in this case since the court's dismissal of defendants Schwarzenegger and Poulos (#62) aside from a notice of designation of counsel for service for defendants Mirza, Jenesky and Mason (#63).

THE COURT HEREBY ORDERS that within thirty (30) days from the filing of this order, the parties shall file a status report in this case, including the status of discovery and any requests for dispositive actions or motions.

DATED this 28 day of September, 2010.

_____
Lloyd D. George
United States District Judge