# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HODNETT, | 2:07-cv-0758-LDG |
| Plaintiff, | |
| v. | **ORDER** |
| SCHWARZENEGGER, et al., | |
| Defendants. | |

Defendants have filed a motion to compel Hodnett's attendance for deposition and for monetary sanctions equaling costs Defendants incurred as a result of Hodnett's failure to appear for his previously scheduled deposition (#66). Hodnett failed to appear for his deposition on October 27, 2010. Since his failure to appear, Hodnett has not had any communication with Defendants' counsel or the court and has failed to oppose Defendants' present motion. Accordingly,

THE COURT HEREBY ORDERS that Defendants' motion (#66) is GRANTED in part. Hodnett is ordered to attend his next properly scheduled and noticed deposition. Failure to so appear may result in dismissal of Hodnett's claims. In the event that Hodnett's claims are not dismissed, the court may reconsider Defendants' requested monetary sanctions after Hodnett's deposition.

DATED this ___5___ day of April, 2011.

_____
Lloyd D. George
United States District Judge