UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HODNETT, | 2:07-cv-0758-LDG |
| Plaintiff, | |
| v. | **ORDER** |
| SCHWARZENEGGER, et al., | |
| Defendants. | |

On April 4, 2011, this court issued an order addressing motions arising out of a discovery dispute between the parties (#67). The court ordered Hodnett to attend his next properly scheduled and noticed deposition and warned that failure to so attend may result in dismissal of Hodnett's claims. Over six months having transpired since that order. Accordingly,

THE COURT HEREBY ORDERS that each party submit a status report addressing the status of the case. The parties shall submit these reports within thirty (30) days of this order.

DATED this 16 day of November, 2011.

_____
Lloyd D. George
United States District Judge