# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HODNETT, | 2:07-cv-0758-LDG |
| Plaintiff, | |
| v. | **ORDER** |
| SCHWARZENEGGER, et al., | |
| Defendants. | |

On December 12, 2011, defendants Mason, Jenesky and Mirza filed an amended motion to dismiss for failure to attend deposition and comply with court order (#71). Plaintiff failed to file an opposition. After plaintiff failed to appear for a deposition, the court on April 7, 2011, ordered plaintiff to appear for his next scheduled deposition or risk dismissal of his claims (#67). Plaintiff failed to appear for the properly-noticed deposition scheduled for May 16, 2011. Based on a review of the record, arguments of the parties, and plaintiff's failure to cooperate with discovery, the orders of the court, and the rules of court,

THE COURT HEREBY ORDERS that defendants Mason, Jenesky and Mirza's motion to dismiss (#71) is GRANTED.

THE COURT FURTHER ORDERS that defendants' request for monetary sanctions is hereby DENIED without prejudice.

DATED this _7_ day of February, 2012.

_____
Lloyd D. George
United States District Judge